**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-6406**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

FRANKLIN PAUL HUNT,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CR-96-27-BR)

───────────────

Submitted:  June 20, 2002          Decided:  June 26, 2002

───────────────

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Franklin Paul Hunt, Appellant Pro Se.  Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Franklin Paul Hunt appeals the district court's denial of a postjudgment motion filed pursuant to Fed. R. Civ. P. 60(b). The district court dismissed the underlying 28 U.S.C.A. § 2255 (West Supp. 2001) motion on its merits on July 20, 1999. In November 2001, Hunt moved for relief from judgment pursuant to Fed. R. Civ. P. 60(b).

We review denial of a Rule 60(b) motion for abuse of discretion. United States v. Holland, 214 F.3d 523, 527 (4th Cir. 2000). Having reviewed the relevant documents and the district court's order denying the motion, we conclude that the court did not abuse its discretion in denying the requested relief. Therefore, we affirm the district court's ruling. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED